IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| CHRISTOPHER A. STARKS AND TINA W. STARKS AS PERSONAL REPRESENTATIVES FOR THE ESTATE OF BRITTANY JASMINE OSWELL, § § § § § § | |
| Plaintiffs, § | |
| v. § | Civil Action No. 4:19-cv-00253-P |
| AMERICAN AIRLINES, INC., § § § | |
| Defendant. § | |

## ORDER

Before the Court is Defendant American Airlines, Inc.'s Emergency Motion for Pretrial Conference, or in the alternative, Motion for Special Setting of Trial Dates. ECF No. 202. The Motion is **DENIED**.

The Court is deeply disturbed by this wholly inappropriate Motion and American's counsel's apparent lack of regard for the Court's ability to effectively manage its own docket. *See Prudhomme v. Teneco Oil Co.*, 955 F.2d 390, 392 (5th Cir. 1992) (recognizing that district courts have broad discretion to manage their dockets). The Court is also deeply concerned that American's counsel are not abiding by their obligations under the Texas Lawyer's Creed, which requires lawyers to "be considerate of the time constraints and pressures imposed upon the Court, Court staff and counsel in efforts to administer justice and resolve disputes," TEXAS LAWYER'S CREED—A MANDATE FOR PROFESSIONALISM, reprinted in TEXAS RULES OF COURT 739 (West 2020), and under *Dondi Properties Corp. v. Commerce Savings & Loan Assoc.*, which

states that "[a] lawyer owes, to the judiciary, candor, diligence and utmost respect." 121 F.R.D. 284, 287 (N.D. Tex. 1988).

Indeed, American's decision to file—and continue to file—a plethora of motions, many of which have done little to advance a final adjudication of this case, has required the undersigned "to devote substantial attention" to refereeing the kind of disputes abhorred by *Dondi*. *Id.* at 286. As *Dondi* recognized, "Our system of justice can ill-afford to devote scarce resources to supervising matters that do not advance the resolution of the merits of a case." *Id.* Making matters worse, **_the Court has already admonished the parties and their counsel_** about their obligations under *Dondi* and the Texas Lawyer's Creed. *See* ECF No. 104.

Therefore, it is **ORDERED** that on or before **12:00 p.m. on Thursday, January 14, 2021**, all counsel of record for American shall each read: (1) *Dondi Properties Corp. v. Commerce Savings & Loan Assoc.*, 121 F.R.D. 284 (N.D. Tex. 1988); (2) Local Civil Rules of the United States District Court for the Northern District of Texas; (3) the Texas Lawyer's Creed; (4) the Texas Rules of Professional Conduct; and (5) this Court's Judge Specific Requirements.

It is further **ORDERED** that American's counsel shall individually certify to the Court via a filed and sworn affidavit on or before **5:00 p.m. on Thursday, January 14,**

**2021,** that they have read, understand, and will comply with these five documents throughout the remainder of this litigation.[1]

Failure to comply with this Order shall result in monetary sanctions being imposed against individual counsel, the parties, or both.

**SO ORDERED** on this the **13th day** of **January, 2021.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE

---

[1] During the remaining pendency of this case, counsel should be particularly mindful of their obligations under the Texas Lawyer's Creed. Among other things, as members of the Texas bar, attorneys: (1) "will always recognize that the position of judge is the symbol of both the judicial system and administration of justice"; (2) "will refrain from conduct that degrades this symbol"; (3) "will conduct myself in Court in a professional manner and demonstrate my respect for the Court and the law"; (4) "will treat counsel, opposing parties, the Court, and members of the Court staff with courtesy and civility"; (5) "will not engage in any conduct which offends the dignity and decorum of proceedings"; (6) "will not knowingly misrepresent, mischaracterize, misquote or miscite facts or authorities to gain an advantage"; (7) "will respect the rulings of the Court"; and (8) "will give the issues in controversy deliberate, impartial and studied analysis and consideration." TEXAS LAWYER'S CREED—A MANDATE FOR PROFESSIONALISM, reprinted in TEXAS RULES OF COURT 763–65 (West 2019); *cf.* GEORGE WASHINGTON, quoted in GREAT QUOTES FROM GREAT LEADERS 65 (compiled by Peggy Anderson (1990)) ("Strive not with your superiors in argument, but always submit your judgment to others with modesty.").