UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CHRISTOPHER A. STARKS AND TINA W. STARKS, AS THE PERSONAL REPRESENTATIVES FOR THE ESTATE OF BRITTANY JASMINE OSWELL, | § § § § § | |
| Plaintiffs, | § § | |
| V. | § § | CIVIL ACTION NO. 4:19-CV-253-P |
| AMERICAN AIRLINES, INC., | § § | |
| Defendant. | § § | |

**AFFIDAVIT OF SHAUNA WRIGHT**

| | |
|---|---|
| STATE OF TEXAS | § § |
| COUNTY OF TARRANT | § |

BEFORE ME, the undersigned authority, on this day personally appeared Shauna Wright, who is personally known to me, and first being duly sworn according to law, on her oath deposed and stated:

1. My name is Shauna Wright. I am over twenty-one years of age and I am of sound mind. I have never been convicted of any crime or offense that would disqualify me from making this Affidavit. I have personal knowledge of the statements made herein and they are all true and correct. I am fully competent to testify to the matters stated herein. I am a licensed attorney in the State of Texas with the law firm of Kelly Hart & Hallman LLP. I represent American Airlines, Inc. ("American") in connection with the above-styled matter.

2. This affidavit is offered in response to the Court's Order on American Airlines, Inc.'s Emergency Motion for Pretrial Conference, or in the alternative, Motion for Special Setting of Trial Dates.

3. I have read, understand, and will comply with the following documents throughout the remainder of this litigation:

(1) *Dondi Properties Corp. v. Commerce Savings & Loan Assoc.*, 121 F.R.D. 284 (N.D. Tex. 1988);

(2) Local Civil Rules of the United States District Court for the Northern District of Texas;

(3) the Texas Lawyer's Creed;

(4) the Texas Rules of Professional Conduct; and

(5) this Court's Judge Specific Requirements.

4. FURTHER, AFFIANT SAYETH NAUGHT."

Shauna Wright

SUBSCRIBED AND SWORN TO BEFORE ME on the 14th day of January, 2021, to certify which witness my hand and official seal.



Notary Public in and for the State of Texas

KRYSTAL MORAN
Notary Public
STATE OF TEXAS
Notary ID # 132409874
My Comm. Exp. March 18, 2024

**AFFIDAVIT OF SHAUNA WRIGHT**
3267926_1

PAGE 2